EXHIBIT 2

| US6346795 | Vision Battery LFP Batteries ("The accused product") |
|---|---|
| 1. A discharge control circuit for controlling discharge of a battery including at least one cell comprising: | The accused product comprises a discharge control (e.g., over discharging protection circuit) circuit for controlling discharge of a battery (e.g., Lithium battery) including at least one cell (e.g., Lithium battery cells).<br><br>**LFP Lithium Series Batteries**<br><br>Vision Technology provides safe lithium iron phosphate battery solutions for motive power, telecom, energy Storage systems and UPS. The Iron-V series is Vision Group's latest LiFePO4 battery line. It can be widely applied to any applications that need lead-acid batteries.<br><br>LFP LITHIUM 12V/24V      LFP LITHIUM 48V<br><br>https://visionbatteryusa.com/series/lfp-lithium-series-batteries/ |

EXHIBIT 2



https://visionbatteryusa.com/wp-content/uploads/2020/01/Iron-V-LFP12-50EV-Spec-She-et-V3.0%EF%BC%88DC.012.050-044%EF%BC%89.pdf

EXHIBIT 2

| MECHANICAL CHARACTERISTICS | | |
|---|---|---|
| Case Material | | ABS |
| Dimension (L*W*H) | | 229*138*213 |
| Weight | | 8.0Kg |
| Terminal Type | | F11 (M6) |
| IP Grade | | / |
| BCI Group NO. | | 22 |
| Cell Type-Chemistry | | Prismatic LiFePO$_4$ |
| **BMS CHARACTERISTICS** | | |
| Primary Charging Protection | Current: 60~70A | |
| | Delay time: 15±2s | |
| Secondary Charging Protection | Current: ≥70A | |
| | Delay time: 3±2s | |
| Primary Discharging Protection | Current: 78~105A | |
| | Delay time: 15±2s | |
| Secondary Discharging Protection | Current: 105~170A | |
| | Delay time: 5±2s | |
| Over-charge Voltage Protection | Voltage: ≥14.8V | |
| | Delay time: ≤3s | |
| Over-discharge voltage protection | Voltage: ≤9.6V | |
| | Delay time: ≤3s | |
| High Temperature Protection | Charging: 65±3℃ | Recover: 60±3℃ |
| | Discharging: 65±3℃ | Recover: 60±3℃ |
| Low Temperature Protection | Charging: 0±3℃ | Recover: 3±3℃ |
| | Discharging: -20±3℃ | Recover: -15±3℃ |

https://visionbatteryusa.com/wp-content/uploads/2020/01/Iron-V-LFP12-50EV-Spec-She-et-V3.0%EF%BC%88DC.012.050-044%EF%BC%89.pdf

EXHIBIT 2

| a discharge control switch connected to the battery for cutting off a discharge current of the battery in response to a discharge stop signal; and | The accused product comprises a discharge control switch connected to the battery for cutting off a discharge current (e.g., turning off switch) of the battery in response to a discharge stop signal (e.g., over discharge control signal provided by the control circuit).<br><br>Upon information and belief, the accused product utilizes a discharge control switch in its Battery Management System (BMS) to cut-off discharge current of the battery in response to a discharge stop signal provided by Cell Protection.<br><br><br><br>https://visionbatteryusa.com/wp-content/uploads/2020/01/Iron-V-LFP12-50EV-Spec-She-et-V3.0%EF%BC%88DC.012.050-044%EF%BC%89.pdf |

EXHIBIT 2

| MECHANICAL CHARACTERISTICS | |
|---|---|
| Case Material | ABS |
| Dimension (L*W*H) | 229*138*213 |
| Weight | 8.0Kg |
| Terminal Type | F11 (M6) |
| IP Grade | / |
| BCI Group NO. | 22 |
| Cell Type-Chemistry | Prismatic LiFePO$_4$ |
| **BMS CHARACTERISTICS** | |
| Primary Charging Protection | Current: 60~70A |
| | Delay time: 15±2s |
| Secondary Charging Protection | Current: ≥70A |
| | Delay time: 3±2s |
| Primary Discharging Protection | Current: 78~105A |
| | Delay time: 15±2s |
| Secondary Discharging Protection | Current: 105~170A |
| | Delay time: 5±2s |
| Over-charge Voltage Protection | Voltage: ≥14.8V |
| | Delay time: ≤3s |
| Over-discharge voltage protection | Voltage: ≤9.6V |
| | Delay time: ≤3s |
| High Temperature Protection | Charging: 65±3℃   Recover: 60±3℃ |
| | Discharging: 65±3℃   Recover: 60±3℃ |
| Low Temperature Protection | Charging: 0±3℃   Recover: 3±3℃ |
| | Discharging: -20±3℃   Recover: -15±3℃ |

https://visionbatteryusa.com/wp-content/uploads/2020/01/Iron-V-LFP12-50EV-Spec-She-et-V3.0%EF%BC%88DC.012.050-044%EF%BC%89.pdf

EXHIBIT 2

| | |
|---|---|
| a control circuit connected to the battery and the discharge control switch for generating -the discharge stop signal that deactivates the discharge control switch when a voltage of at least one cell reaches a lower limit, wherein the control circuit includes a switch holding circuit for continuously supplying the discharge stop signal to the discharge control switch for a predetermined time after the discharge stop signal is generated. | The accused product comprises a control circuit connected to the battery and the discharge control switch for generating -the discharge stop signal (e.g., over discharge control signal provided by the control circuit) that deactivates the discharge control switch when a voltage of at least one cell reaches a lower limit (e.g., over discharge detection voltage), wherein the control circuit includes a switch holding circuit (e.g., delay generating circuit) for continuously supplying the discharge stop signal to the discharge control switch for a predetermined time (e.g., over-discharge delay time set by the circuit) after the discharge stop signal is generated.<br><br>Upon information and belief, the accused product utilizes a discharge control switch in its Battery Management System (BMS) to cut-off discharge current of the battery in response to a discharge stop signal provided by Cell Protection.<br><br><br><br>https://visionbatteryusa.com/wp-content/uploads/2020/01/Iron-V-LFP12-50EV-Spec-She-et-V3.0%EF%BC%88DC.012.050-044%EF%BC%89.pdf |

EXHIBIT 2

| MECHANICAL CHARACTERISTICS | |
|---|---|
| Case Material | ABS |
| Dimension (L*W*H) | 229*138*213 |
| Weight | 8.0Kg |
| Terminal Type | F11 (M6) |
| IP Grade | / |
| BCI Group NO. | 22 |
| Cell Type-Chemistry | Prismatic LiFePO₄ |

| BMS CHARACTERISTICS | |
|---|---|
| Primary Charging Protection | Current: 60~70A |
| | Delay time: 15±2s |
| Secondary Charging Protection | Current: ≥70A |
| | Delay time: 3±2s |
| Primary Discharging Protection | Current: 78~105A |
| | Delay time: 15±2s |
| Secondary Discharging Protection | Current: 105~170A |
| | Delay time: 5±2s |
| Over-charge Voltage Protection | Voltage: ≥14.8V |
| | Delay time: ≤3s |
| Over-discharge voltage protection | Voltage: ≤9.6V |
| | Delay time: ≤3s |
| High Temperature Protection | Charging: 65±3℃   Recover: 60±3℃ |
| | Discharging: 65±3℃   Recover: 60±3℃ |
| Low Temperature Protection | Charging: 0±3℃   Recover: 3±3℃ |
| | Discharging: -20±3℃   Recover: -15±3℃ |

https://visionbatteryusa.com/wp-content/uploads/2020/01/Iron-V-LFP12-50EV-Spec-She-et-V3.0%EF%BC%88DC.012.050-044%EF%BC%89.pdf